10-22102

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

## CHAPTER 13 PLAN

**DEBTOR(S)**                           **Docket Number: 10-New Case**

(H) Carlos Medeiros                     SS# xxx-xx-9768

(W) Stephanie O. Medeiros               SS# xxx-xx-2039


## I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $ **199.00** for the term of:

__X__ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
_____ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
_____ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor(s) aver the following cause:

_____ or

_____ Months. The Debtor(s) state(s) as reasons therefore: _____


## II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| _____ | _____ | $0 |
| _____ | _____ | $0 |

**Total of secured claims to be paid through the Plan:**     $_____

B. Claims to be paid directly by debtor(s) to creditors (Not through Plan):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Ally Financial | Post-Petition Auto Loan | $4,944.80 |
| _____ | _____ | $0 |

10-22102

C. Modification of Secured Claims:

| Creditor | Details of Modification<br>(Additional Details May Be Attached) | Amount of Claim To<br>Be Paid Through Plan |
|---|---|---|

**1.) Claims subject to Cram down and/or Modification and/or Lien Avoidance to be paid through the Plan:**

    **a. N/A**
SEE SECTION IV. B. and EXHIBIT "A" OF PLAN – To be treated as wholly unsecured pursuant to 11 U.S.C. Sections 506(a) and 1322(b)(2). Any claim amount in excess of the value of the collateral securing it is placed into Class IV and has been provided for in Schedule F of the Debtors' Bankruptcy Petition.

    **b. N/A**
Judicial Lien to be avoided and treated as wholly unsecured and has been provided for in Schedule F of the Debtor's Bankruptcy Petition.

D. Lease:

    i.)    The Debtor(s) intend(s) to reject the residential/personal property lease claims of: _____

    ii.)    The Debtor(s) intend(s) to assume the residential/personal property lease claims of: _____

    iii.)    The Arrears under the lease to be paid under the Plan are: $ _____

## III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ 0 |

B. Other Priority Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ 0 |
| | Total of Priority Claims to be Paid Through Plan: | $ 0 |

## IV. ADMINISTRATIVE CLAIMS:

A. Attorney Fees (to be paid through the Plan):    $ 2,000.00

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ 0 |

C. The Chapter 13 Trustee's fee is determined by Order of the United State Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of __6.5__ % of their claims.

A. General unsecured claims:  $ 68,000.00

B. Undersecured claims arising after lien avoidance / cram down:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ 0 |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ 0 |

**Total of Unsecured Claims: (A+B+C):**  **$ 68,000.00**

D. Multiply total by percentage:  $ 4,420.00
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $ 0 |

Total amount of separately classified claims payable at ___%   $ 0

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan: _____

B. Miscellaneous Provisions: _____

10-22102

## VII. CALCULATION OF PLAN PAYMENT:

a. Secured claims (Section I-A total): $0

b. Priority claims (Section II-A & B total): $0

c. Administrative claims (Section III-A & B total): $2,000.00

d. Regular unsecured claims (Section IV-D total): $4,420.00

e. Non-dischargeable unsecured claims: $0

f. Separately classified unsecured claims: $0

g. Total of a + b + c + d + e above: = $6,420.00

h. Divide (f) by .90 for a total including Trustee's Fee:

**Trustee's Fee: $713.33**         **Cost of Plan** = **$7,133.33**

(This represents to total amount to be paid into the Chapter 13 Plan).

i. Divide (g), Cost of Plan, by the Term of Plan $7,133.33 / 36 months = $198.14

j. **Round up to nearest dollar for Monthly Plan Payment:** **$ 199.00**

(Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor(s) shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor(s) shall make pre-confirmation adequate protection payments directly to the secured creditor(s).

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| N/A | $0 | $0 |

Total Net Equity for Real Property: $ 0
Less Total Exemptions (Schedule C): $ 0
**Available Chapter 7:** $ 0

10-22102

B. Automobile(s):

| (Describe year, make, model): | Value | Lien | Exemption |
|---|---|---|---|
| 2006 Chevrolet Colorado | $9,000.00 | $4,944.80 | $4,055.20 |
| 2004 Jeep Cherokee | $8,000.00 | $0 | $8,000.00 |

Total Net Equity: $ 12,055.20
Less Total Exemptions (Schedule C): $ 12,055.20
**Available Chapter 7:** $ 0

C. All other Assets: (All remaining items on Schedule B: (Itemize as necessary)

Total Net Value: $ 20,195.00
Less Exemptions (Schedule C): $ 20,195.00
**Available Chapter 7:** $ 0

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity ( A and B) plus Other Assets (C) less all claimed Exemptions: $ 0

E. Additional Comments regarding Liquidation Analysis: _____

## IX. SIGNATURES

Pursuant to the Chapter 13 Rules, the debtor(s) or his/her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

_[signature]_      Dated: Nov 3, 2010
Anthony C. Bucacci, Esq.
155 North Main Street
Fall River, MA 02720
508-674-6000
B.B.O. Number 631649

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

_[signature]_      Dated: 11/03/10
Carols Medeiros

_[signature] Stephanie O. Medeiros_      Dated: 11/3/10
Stephanie O. Medeiros

10-22102

**United States Bankruptcy Court**
**District of Massachusetts**

In Re:

**Carlos Medeiros Jr**
**Stephanie O. Medeiros**

**Chapter 13**

Case No. 10-New

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I, Anthony C. Bucacci, Attorney for the Debtor, do hereby swear that on November 4th, 2010 , I did serve a copy the Debtor's Chapter 13 Plan  first class mail, postage pre-paid, to all those on the attached creditor matrix and:

Office of The United States Trustee
JW McCormick Post Office and Court House
5 Post Office Square
Boston, MA 02109

Carolyn Bankowski
PO Box 8250
Boston, MA 02114

**DATE: November 4, 2010**                                    */s/ Anthony C. Bucacci*

**Anthony C. Bucacci**

10-22102

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Bank Of America
PO Box 15019
Wilmington, DE 19886

Best Buy
PO BOX 17298
Baltimore, MD 21297

Best Buy/HSBC
PO Box 15524
Wilmington, DE 19850

Bill Me Later
PO Box 105658
Atlanta, GA 30348

Chase
PO BOX 15298
Wilmington, DE 19850

Chase Bank
PO Box 15298
Wilmington, DE 19850

Citibank/Sears
PO Box 6241
Sioux Falls, SD 57117

Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Discover
PO BOX 15251
Wilmington, DE 19886

Disney Rewards
PO Box 15153
Wilmington, DE 19886

GAP
PO BOX 530942
Atlanta, GA 30353

GE Money Bank/Gap DC
PO Box 981400
El Paso, TX 79998

10-22102

GEMB/Old Navy
PO Box 981400
El Paso, TX 79998

GEMB/Sony Financial Services
PO Box 981439
El Paso, TX 79998

HSBC Casual Male
PO Box 15524
Wilmington, DE 19850

Internal Revenue Service
Insolveney Groups- Stop 20800
25 New Sudbury Street
P.O. Box 9112
Boston, MA 02203-9112

Macy's
PO BOX 183083
Columbus, OH 43218

Nordstrom
P.O. Box 6556
Englewood, CO 80155-6556

Sears
PO Box 183082
Columbus, OH 43218

SouthCoast Hospitals
PO BOX 11357
Boston, MA 02211

Target NB
PO BOX 673
Minneapolis, MN 55440

The Avenue
PO BOX 659584
San Antonio, TX 78265-9584

The Childrens Place/Citibank
PO Box 6497
Sioux Falls, SD 57117

Wells Fargo/The Avenue
PO Box 182789
Columbus, OH 43218

Woman and Infants Hospital
101 Dudley St.
Providence, RI 02905-2499